CSD 1119 [03/26/99]

UNITED STATES BANKRUPTCY COURT
Southern District of California

In re **TESLA GRAY**

Bankruptcy No. 08-10753

Tax I.D.#:
Social Security #: **xxx-xx-6731**    Debtor*

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

A petition under Title 11, United States Code, was filed against you on **October 28, 2008** in this Bankruptcy Court, requesting an order for relief under Chapter **11** of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

> Address of Clerk
>
> Clerk, United States Bankruptcy Court
> Southern District of California
> 325 West "F" Street
> San Diego, California 92101-6991

At the same time, you must also serve a copy of the motion or answer on petitioner's attorney.

> Name and Address of Petitioner's Attorney **NANCY &**
>
> **JOHN MONTGOMERY, IN PRO PER**
> **8000 Wishingwell Rd.**
> **Las Vegas, NV 89123**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

Barry K. Lander, Clerk

Dated: **OCT 2 8 2008**    By: **A.C. CROSBY**, Deputy Clerk

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005). For joint debtors, set forth both social security numbers.

CSD 1119