TESLA GRAY
PO Box 538
Fallbrook, CA 92088
760-731-7265

FILED IS

08 NOV 17 PM 2: 29

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

Tesla Gray, Respondent *in pro per*

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-10753-LA11 |
| | ) | |
| TESLA GRAY | ) | Petition for Involuntary Chapter 11 |
| | ) | |
| Debtor. | ) | TESLA GRAY'S ANSWER TO |
| | ) | PETITION FOR INVOLUNTARY |
| | ) | CHAPTER 11 |
| | ) | |
| | ) | |

Respondent Tesla Gray, the alleged Debtor in this proceeding, answers the Petition for Involuntary Chapter 11 as follows:

1.    I think that it is highly outrageous for an alleged Creditor to be able to simply fill out a two page form and force me into bankruptcy.

2.    I own several assets, worth many times more than what this alleged Creditor is owed.

3.    A bankruptcy will ruin my good credit with my banks.

4.    The Creditor who filed the Petition is a Secured Creditor with a Deed of Trust on Real Estate.

5.    I, Tesla Gray, deny that Petioners are eligible to file the petition.

1

6.     I deny that I am a person against whom an order for relief may be entered under title 11 of the United States Code.

7.     I deny that I am generally not paying debts as they become due other than debts that are the subject of a bona fide dispute.

8.     I deny that within 120 days prior to the filing of the Petition in this matter a custodian was appointed to take possession of all or substantially all of my assets.

## FIRST AFFIRMATIVE DEFENSE

I, Tesla Gray, allege that Petitioners fail to meet the minimum requirements in number and amount of claims for them to file a Petition for Involuntary Bankruptcy.

## SECOND AFFIRMATIVE DEFENSE

Petitioning creditors did not properly serve me in accordance with Bankruptcy Rule 7004 (b).

## THIRD AFFIRMATIVE DEFENSE

Petitioning Creditors filed the Involuntary Petition in bad faith.

**WHEREFORE,** I respectfully request that the Court dismiss the Petition.

Dated:  November 17, 2008

Tesla Gray

1

2

3

4
# DECLARATION OF SERVICE

5
In Re **TESLA GRAY**

6
**Case No.        08-10753-LA11**

7
I, the undersigned, declare:

8
I am over the age of eighteen (18) years and not a party to the within action.

9
On __11-17-08__ I served the within: **Answer to Involuntary Petition**

10
On the interested parties in this matter in the following manner(s):

11

12
Service by U.S. Mail.. I caused to be served by U.S. Mail, postage prepaid, a copy of the above-referenced document to the following address:

13
John and Nancy Montgomery

14
8000 Wishingwell Rd.
Las Vegas, NV 89123

15

16
I declare under penalty of perjury that the foregoing is true and correct.
Executed at San Diego , California, on (date) 11-17-08.

17

18

19
Angie Wolf
P.O. Box 53
Pala, CA 92059

20

21
Angie Wolf

22

23

24

25

26

27

28