Thomas C. Nelson, State Bar No. 82506
550 West C Street, Suite 1850
San Diego, CA 92101
Telephone: (618) 236-1245
Facsimile:   (619) 236-0230
tom@tcnlaw.com

FILED TS

09 FEB 27 PM 3:21

CLERK
U.S. BANKRUPTCY CT.
SO. DIST OF CALIF.

Attorney for Respondent Tesla Gray

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

In re:

**TESLA GRAY,**

**Alleged Debtor**

Case No. Case No. 08-10753-LA11

Petition for Involuntary Chapter 11

TESLA GRAY'S STATEMENT OF
POSITION WITH RESPECT TO
HEARING ON PETITION FOR
INVOLUNTARY CHAPTER 11

Hon. Louis Adler
Hearing: March 19, 2009
Time:      2:00 p.m.
Dept:      2

Respondent Tesla Gray ("Respondent" or "Tesla") respectfully submits her Statement of

Position as to the Involuntary Petition for Chapter 11 filed against her in this matter.

## PROCEDURAL HISTORY

John Montgomery and Nancy J. Montgomery (collectively "Petitioners") filed an

Involuntary Petition against Respondent Tesla on October 28, 2008, seeking to establish a

Chapter 11 proceeding against her. They did not check any of the boxes under "Allegations" by

*In Re Tesla Gray*                                          1
United States Bankruptcy Court, Southern District of California, Case No. 08-10753-LA11

to indicate the basis for the petition. Moreover, Petitioners jointly hold one obligation against Respondent Tesla – a promissory note – which had been secured by real property. As an aside, a senior lien holder to the property which secured Petitioners' claim brought a motion for relief from stay which was granted by this Court as uncontested. Petitioners are now unsecured creditors.

Tesla filed her Answer to the Petition on November 17, 2008, denying all allegations which could form the basis for granting the relief sought.

The Court held a Status Conference on February 5, 2009, and directed the parties to submit statements regarding their respective positions as to how the case should proceed.

I

**A CONTESTED PETITION FOR INVOLUNTARY BANKRUPTCY**

**MUST BE DETERMINED BY A TRIAL TYPE HEARING.**

The Bankruptcy Court must hear and determine all issues raised in a contested Petition for Involuntary Bankruptcy. F.R.Bank.P. Rule 1013(a). While not a true adversary proceeding, contested Involuntary Petitions are similar to general civil trials. See, e.g. *In re Mason*, 709 F.2nd 1313, 1317 (1983). Many of the Federal Rules governing Adversary Proceedings are specifically incorporated by F.R.Bank.P. Rule 1018 to the consideration of Involuntary Petitions, including the right to conduct discovery under F.R.Bank.P Rules 7026 and 7028-7037. The Court may also conduct a Pre-Trial Conference under F.R.Bank.P Rule 7016.

The Petitioner generally has the burden of proof to establish all of the elements necessary to sustain an Involuntary Petition. 2 Norton Bankruptcy Law & Practice 3d Ed., §22:13; p. 22-28. The Respondent is not required to provide any information or proof disputing the alleged basis for the Involuntary Petition, or otherwise voluntarily submit financial information prior to the Court's determination under F.R.Bank.P., Rule 1013(a). If the Court grants the Petition, the

debtor must then file the Schedules and Statement of Financial Affairs required under F.R.Bank.P. Rule 1007 as if the case was a voluntary petition.

Respondent Tesla's Answer makes this a contested proceeding. She is not required, at this point, to produce financial information to refute the allegations made in the Petition. The burden of proof, including capacity of the Petitioners to bring the Petition, is on the Montgomerys.

## II

## THE COURT SHOULD SET A DISCOVERY SCHEDULE,

## PRETRIAL CONFERENCE AND TRIAL DATE TO DETERMINE

## THE ISSUES RAISED BY THE PETITION AND ANSWER

The appropriate action which Respondent Tesla requests and recommends that this Court take is to set a schedule for the parties to conduct any discovery they wish to undertake, schedule a Pre-Trial Conference under F.R.Bank.P. Rule 7016, and set the matter for trial.

Respectfully submitted,

Dated: February 27, 2009

By: _____
Thomas C. Nelson
Attorney for Respondent Tesla Gray

CSD 3010 [04/28/96]
Name, Address, Telephone No. & I.D. No.

Thomas C. Nelson CSB#82506
550 West C Street, Suite 1850
San Diego, CA 92101
(619) 236-1245

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In Re | | |
|---|---|---|
| Tesla Gray | | BANKRUPTCY NO. 08-10753-LA11 |
| | Debtor. | |
| | Plaintiff(s) | ADVERSARY NO. |
| v. | | |
| | Defendants(s) | |

## PROOF OF SERVICE

I, Thomas C. Nelson_____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents [describe each document served]:

Tesla Gray's Statement of Position with Respect to Hearing on Petition for Involuntary Chapter 11

on _____February 27, 2009_____ by:
                    [date]

☑ Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:
    See Attached List

☐ Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:

☐ Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

_____February 27, 2009_____        _____
                    [Date]                                                    [Signature]

| Print Name | Thomas C. Nelson |
|---|---|
| Business Address | 550 West C Street, Suite 1850 |
| City, State, ZIP | San Diego, CA 92101 |

CSD 3010

*In Re Tesla Gray*
Case No. 08-10753-LA11
Attachment to Proof of Service


John Montgomery
Nancy L. Montgomery
8000 Wishing Well Rd
Las Vegas, NV 89123
Petitioners

John M. Sorich, Esq.
Alvarado & Associate, LLC
1 MacArthur Place, Suite 210
Santa Ana, CA 92707
Attorneys for Chase Home Finance, LLP

Wayne R. Terry
Hewmar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436
Attorneys for Pacific Western Bank

GMAC Mortgage, LLC
P.O.Box 17933
San Diego, CA 92117-0933

Office of the United States Trustee
402 West Broadway, Suite 600
San Diego, CA 92101