# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | TESLA GRAY | | |
| **Case Number:** | 08-10753-LA11 | **Chapter:** 11 | INVOLUNTARY |
| **Date / Time / Room:** | THURSDAY, MARCH 19, 2009 02:30 PM   DEPARTMENT 2 | | |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER | | |
| **Courtroom Clerk:** | KAREN FEARCE | | |
| **Reporter / ECR:** | TRISH CALLIHAN | | |

### *Matter:*

STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER (Fr 2/5)

### *Appearances:*

THOMAS NELSON, ATTORNEY FOR ALLEDGED TESLA GRAY
MARK POPPETT, ATTORNEY FOR JOHN MONTGOMERY

### *Disposition:*

Hearing Continued to 4/9 AT 2:30