# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | TESLA GRAY |
| **Case Number:** | 08-10753-LA11    **Chapter:** 11   INVOLUNTARY |
| **Date / Time / Room:** | THURSDAY, APRIL 09, 2009 02:30 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER (Fr 3/19)

### Appearances:

THOMAS NELSON, ATTORNEY FOR TESLA GRAY
MARK POPPETT, ATTORNEY FOR JOHN MONTGOMERY

### Disposition:

Hearing Continued to 6/25 at 2:00, discovery cut off is 6/19.