Patrick E. Catalano, SBN 60774
Mark Adams Poppett, SBN 64939
CATALANO & CATALANO
655 W. Broadway, Suite 880
San Diego, CA 92101
Tel: (619) 233-3565
Fax: (619) 233-4891
Email: mark.poppett@legalcat.com

Attorneys for Petitioners
JOHN MONTGOMERY and NANCY MONTGOMERY

Thomas C. Nelson, SBN 82506
550 West C Street, Suite 1850
San Diego, CA 92101
Tel: (619) 236-1245
Fax: (619) 236-0230
Email: Tom@tcnlaw.com

Attorney for Debtor TESLA GRAY

FILED
2009 JUL 14 PM 3: 13
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

In re TESLA GRAY,

Debtor.

Case No: 08-10753-LA11
Judge Louise DeCarl Adler
Petition for Involuntary Chapter 11

**JOINT MOTION FOR WITHDRAWAL OF DEBTOR'S OBJECTIONS TO INVOLUNTARY PETITION AND FOR ENTRY OF AN ORDER FOR RELIEF UNDER CHAPTER 11**
**[11 U.S.C. §303]**

WHEREAS, debtor now is generally not able financially to pay debts as they become due;

WHEREAS, debtor now desires to withdraw her objections to the Petition for Involuntary Chapter 11 filed by Petitioners John Montgomery and Nancy Montgomery, and obtain relief from the Bankruptcy Court;

WHEREAS, the trial on the Petition for Involuntary Chapter 11 is presently scheduled to take place in Department 2 of the above-entitled court at 10:00 a.m., on Wednesday, July 15, 2009,

NOW THEREFORE; Petitioners John Montgomery and Nancy Montgomery and Respondent Tesla Gray, acting by and through their respective counsel of record, hereby stipulate that:

1. Debtor Tesla Gray shall, and hereby does, withdraw her objections to the Petition for Involuntary Chapter 11 filed by Petitioner;

2. Pursuant to Title 11, U.S.C. §303 an Order for Relief may be entered under the United States Bankruptcy Code; and

3. The July 15, 2009 trial date on the Petition for Involuntary Chapter 11 may be vacated.

IT IS SO STIPULATED.

CATALANO & CATALANO

Dated: July 14, 2009

By: [signature]
Patrick E. Catalano
Mark Adams Poppett
Attorneys for Petitioners
JOHN MONTGOMERY and
NANCY MONTGOMERY

THOMAS C. NELSON, ATTORNEY AT LAW

Dated: July __, 2009

By:______________________
Thomas C. Nelson
Attorney for Debtor
TESLA GRAY

WHEREAS, the trial on the Petition for Involuntary Chapter 11 is presently scheduled to take place in Department 2 of the above-entitled court at 10:00 a.m., on Wednesday, July 15, 2009,

NOW THEREFORE; Petitioners John Montgomery and Nancy Montgomery and Respondent Tesla Gray, acting by and through their respective counsel of record, hereby stipulate that:

1. Debtor Tesla Gray shall, and hereby does, withdraw her objections to the Petition for Involuntary Chapter 11 filed by Petitioner;

2. Pursuant to Title 11, U.S.C. §303 an Order for Relief may be entered under the United States Bankruptcy Code; and

3. The July 15, 2009 trial date on the Petition for Involuntary Chapter 11 may be vacated.

IT IS SO STIPULATED.

CATALANO & CATALANO

Dated: July 14, 2009

By: [signature]
Patrick E. Catalano
Mark Adams Poppett
Attorneys for Petitioners
JOHN MONTGOMERY and
NANCY MONTGOMERY

THOMAS C. NELSON, ATTORNEY AT LAW

Dated: July 14, 2009

By: [signature]
Thomas C. Nelson
Attorney for Debtor
TESLA GRAY

Patrick E. Catalano, SBN 60774
Mark Adams Poppett, SBN 64939
CATALANO & CATALANO
655 W. Broadway, Suite 880
San Diego, CA 92101
Tel: (619) 233-3565
Fax: (619) 233-4891
Email: mark.poppett@legalcat.com

FILED KD
2009 JUL 14 PM 3: 13
CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF

Attorneys for Petitioners
JOHN MONTGOMERY and NANCY MONTGOMERY

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

In re TESLA GRAY,

Debtor.

Case No: 08-10753-LA11

Petition for Involuntary Chapter 11

**PROOF OF SERVICE**

I, Janet Kohnenberger, declare:

I am employed in the County of San Diego, California. My business address is 655 West Broadway, Suite 880, San Diego, California 92101. I am over the age of eighteen years and am not a party to this action.

On July 14, 2009, caused to be served:

**JOINT MOTION FOR WITHDRAWAL OF DEBTOR'S OBJECTIONS TO INVOLUNTARY PETITION AND FOR ENTRY OF AN ORDER FOR RELIEF UNDER CHAPTER 11 [11 U.S.C. §303; and (PROPOSED) ORDER**

in said cause via facsimile, and by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California,

///

///

///

addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of these United States that the foregoing is true and correct and that this declaration was executed on July 14, 2009, at San Diego, California.

By: Janet M. Kohnenberger
Janet Kohnenberger

# SERVICE LIST

CASE NAME: *In re Tesla Gray*
COURT: United States Bankruptcy Court
Southern District of California
CASE NO: 08-10753-LA11

| | |
|---|---|
| Thomas C. Nelson<br>550 West C Street, Suite 1850<br>San Diego, CA 92101<br>Tel: (619) 236-1245<br>Fax: (619) 236-0230<br>Tom@tcnlaw.com | Attorney for Debtor Tesla Gray |
| Christopher M. McDermott<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, Ca 92177-0933<br>Tel: (858) 705-7600<br>Fax: (619) 590-1385<br>ecfcasb@piteduncan.com | Edward T. Weber<br>Kathy Shakibi<br>Routh Crabtree Olsen, P.S.<br>505 N. Tustin Avenue, Suite 243<br>Santa Ana, CA 92705<br>Tel: (714) 277-4803<br>Fax: (714) 277-4916<br>bknotice@rcolegal.com |
| John M. Sorich<br>Alvarado & Associates, LLP<br>1 MacArthur Place, Suite 210<br>Santa Ana, CA 92707<br>Tel: (714) 327-4400<br>Fax: (714) 327-4499 | Wayne R. Terry<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Boulevard, 12th Floor<br>Encino, CA 91436<br>Tel: (818) 501-3800<br>wterry@hemar-rousso.com |
| CitiMortgage, Inc.<br>P.O. Box 6941<br>The Lakes, NV 88901-6006 | |

Patrick E. Catalano, SBN 60774
Mark Adams Poppett, SBN 64939
CATALANO & CATALANO
655 W. Broadway, Suite 880
San Diego, CA 92101
Tel: (619) 233-3565
Fax: (619) 233-4891
Email: mark.poppett@legalcat.com

Attorneys for Petitioners
JOHN MONTGOMERY and NANCY MONTGOMERY

2009 JUL 14 PM 3: 13
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

In re TESLA GRAY,

Debtor.

Case No: 08-10753-LA11

Petition for Involuntary Chapter 11

**PROOF OF SERVICE**

I, Janet Kohnenberger, declare:

I am employed in the County of San Diego, California. My business address is 655 West Broadway, Suite 880, San Diego, California 92101. I am over the age of eighteen years and am not a party to this action.

On July 14, 2009, caused to be served Petitioners John and Nancy Montgomery's **(PROPOSED) ORDER ON THE JOINT MOTION FO RWITHDRAWAL OF DEBTOR'S OBJECTIONS TO INVOLUNTARY PETITION AND FOR ENTRY OF AN ORDER FOR RELIEF UNDER CHAPTER 11 [11 U.S.C. §303]** in said cause by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the

///

///

///

///

United States Mail at San Diego, California, addressed as follows: **SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of these United States that the foregoing is true and correct and that this declaration was executed on July 14, 2009, at San Diego, California.

By: Janet M. Kohnenberger
Janet Kohnenberger

**SERVICE LIST**

CASE NAME: *In re Tesla Gray*
COURT: United States Bankruptcy Court
Southern District of California
CASE NO: 08-10753-LA11

| | |
|---|---|
| Thomas C. Nelson<br>550 West C Street, Suite 1850<br>San Diego, CA 92101<br>Tel: (619) 236-1245<br>Fax: (619) 236-0230<br>Tom@tcnlaw.com | Attorney for Debtor Tesla Gray |
| Christopher M. McDermott<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, Ca 92177-0933<br>Tel: (858) 705-7600<br>Fax: (619) 590-1385<br>ecfcasb@piteduncan.com | Edward T. Weber<br>Kathy Shakibi<br>Routh Crabtree Olsen, P.S.<br>505 N. Tustin Avenue, Suite 243<br>Santa Ana, CA 92705<br>Tel: (714) 277-4803<br>Fax: (714) 277-4916<br>bknotice@rcolegal.com |
| John M. Sorich<br>Alvarado & Associates, LLP<br>1 MacArthur Place, Suite 210<br>Santa Ana, CA 92707<br>Tel: (714) 327-4400<br>Fax: (714) 327-4499 | Wayne R. Terry<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Boulevard, 12th Floor<br>Encino, CA 91436<br>Tel: (818) 501-2985<br>wterry@hemar-rousso.com |
| CitiMortgage, Inc.<br>P.O. Box 6941<br>The Lakes, NV 88901-6006 | |