CSD 1101 [03/26/99]
Name, Address, Telephone No. & I.D. No.

Thomas C. Nelson, Esq. SBN 82506
550 West C Street, Suite 1850
San Diego, CA. 92101
(619) 236-1245
(619) 236-0230

Case # : 08-10753-LA11
Debtor.: TESLA GRAY
Judge..: LOUISE ADLER
Chapter: AM

Filed   : August 05, 2009  12:09:55
Deputy  : ACROSBY
Receipt: 205445
Amount : $26.00

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Tesla Gray

BANKRUPTCY NO. 08-10753-LA11

Debtor.

## NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED
## BY AMENDMENT OR BALANCE OF SCHEDULES

You are hereby notified that the debtor is filing in the above-entitled case a schedule or an amendment to the debtor's list of debts to include you as a creditor of this estate. If you have questions concerning the legal effect of this filing upon you as a creditor, please consult your own legal counsel. Neither the Court nor the undersigned may advise you on legal matters.

You are further notified that on Oct. 28, 2008, An Involuntary petition for relief under Chapter 11 was filed of the United States Bankruptcy Code. [If applicable: ~~The case was subsequently converted to a case~~ under Chapter 11 of the Code on: ____.] The debtor consented to relief on July 15, 2009

AS A RESULT OF THE FILING OF THE PETITION, YOU ARE NOTIFIED THAT CERTAIN ACTS AND PROCEEDINGS AGAINST THE DEBTOR AND HIS ESTATE ARE STAYED AS PROVIDED IN 11 U.S.C. §362(a).

Copies of notices indicated below are pertinent to this case and are enclosed with this notice.

Order for and Notice of Section 341(a) Meeting and/or Notice of Hearing on Objection to Confirmation of Chapter 13 Plan

[✓] Meeting and/or Hearing pending    on August 18, 2009 at 11;30 am

[ ] Meeting and/or Hearing concluded

[ ] Meeting and/or Hearing continued to _____, at _____.m.

[ ] Discharge of the Debtor

[ ] Order Fixing Last Date for Filing Claims and Proof of Claim (Form B 10)

[ ] Order Confirming Plan

[ ] Other (specify)

Dated: 8/5/09        Signed: _____
                            Attorney for Debtor

CSD 1101                                REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1101 (Page 2) [03/26/99]

## INSTRUCTIONS

1. Determine which of the notices or orders listed on the reverse side have been mailed to creditors <u>prior</u> to preparation of the amendment or balance of schedules being filed with this notice. Copies of those notices must be mailed to the added creditors and copies attached to this notice. Failure to do so may cause the amendment, schedules and/or notice to be returned for correction.
2. Compliance with Local Bankruptcy Rules 1007-4 and 1009 are required.

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on **5** day of **August**, **2009**, I served a true copy of the within NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT by [describe here mode of service]

on the following persons [set forth name and address of person served]:

see attachment

I certify under penalty of perjury that the foregoing is true and correct.

Executed on **8/5/09**
(Date)

**Mallorie Barker**
(Typed Name and Signature)

**550 West C Street, Suite 1850**
(Address)

**San Diego, CA 92101**
(City, State, ZIP Code)

CSD 1101

BAC Home Loans/Countrywide
450 American Street
Simi Valley, CA   93065

Chase Home Finance
PO Box 78116
Phoenix, AZ   85062

Chevy Chase Bank
6151 Chevy Chase Dr
Laurel, MD   20707

Citimortgage
PO Box 6006
The Lakes, NV   88901

Desert Funding Inc
5808A Summitview #257
Yakima, WA 98909

GMAC
PO Box 79135
Phoenix. AZ 85062

Integrated Financial Associates
2810 W Charleston Blvd. #77
Las Vegas, NV   89102

National City Mortgage
PO Box 54828
Los Angeles, CA   90050

Phillip Sullivan
10 Pembroke Ct
Dearborn, Mi   48126

Preferred Bank
601 S Figueroa St
Los Angeles, CA   90017

Saxon
PO Box 514748
Los Angeles, CA   90051

FORM B9E (Chapter 11 Individual or Joint Debtor Case) (12/07)     Case Number 08-10753-LA11

| UNITED STATES BANKRUPTCY COURT |
|---|
| Southern District of California |

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 10/28/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tesla Gray
POB 538
Fallbrook, CA 92088

| Case Number:<br>08-10753-LA11 | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Thomas C Nelson<br>550 West C Street, Ste. 1850<br>San Diego, CA 92101<br>Telephone number: (61) 236-1245 | |

### Meeting of Creditors

Date: **August 18, 2009**            Time: **11:30 AM**
Location: Sixth Floor, Suite 630, 402 W. Broadway, San Diego, CA 92101-8511

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 10/19/09

**Deadline to File a Complaint Objecting to Discharge of the Debtor:**
First date set for hearing on confirmation of plan.
Notice of that date will be sent at a later time.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991<br>Telephone number: 619-557-5620<br>Website: www.casb.uscourts.gov | For the Court:<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
|---|---|
| Hours Open: Monday - Friday 9:00 AM - 4:00 PM | Date: 7/24/09 |

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Southern District of California | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Tesla Gray | Case Number: 08-10753 - LA - 11 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Thomas C Nelson | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>Thomas C Nelson<br>550 West C Street, Ste. 1850<br>San Diego, CA 92101-8583<br><br>Telephone number: | Court Claim Number:_____<br>*(If known)*<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**
**Value of Property:** $_____ **Annual Interest Rate** ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ **Basis for perfection:** _____

**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.