Thomas C. Nelson, Esq. SBN 82506
550 West C Street, Suite 1850
San Diego, CA. 92101
Telephone: (619) 236-1245
Facsimile: (619) 236-0230

FILED KBW
2009 OCT 29 PM 2: 10
CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In Re:

GRAY, TESLA

    Debtor in Possession.

) Case No. 08-10753-LA11
)
) Chapter 11
)
) DEBTOR-IN-POSSESSION
) MONTHLY OPERATING
) REPORT FOR THE MONTH OF
)
) September 2009
)
) HON. LOUISE DECARL ADLER
)

TO: THE HONORABLE   JUDGE LOUIS DECARL ADLER
UNITED STATES BANKRUPTCY JUDGE

The Debtor-in-Possession hereby files its monthly Operating Report for pursuant to the United States Trustee's Operating and Reporting Requirements for Chapter 11 cases.

Dated: OCTOBER 29   , 2009   _____
                                                       Thomas C. Nelson
                                                       Attorney for Debtor-in-Possession

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF CALIFORNIA

In Re:

TESLA GRAY

        Debtor.

CHAPTER 11
(BUSINESS)
CASE NO. 08-10753-LA11
**OPERATING REPORT NO. 2**

FOR THE MONTH ENDING:
September 30, 2009

1.     CASH RECEIPTS AND DISBURSEMENTS
       A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    $    6343.47
0.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
            ACCOUNT REPORTS.    $    609.47

3. BEGINNING BALANCE:    $   5735.00
4. RECEIPTS DURING CURRENT PERIOD**

| | | |
|---|---|---|
| ACCOUNTS RECEIVABLE – PRE FILING | $ | 0.00 |
| ACCOUNTS RECEIVABLE - -POST FILING | $ | 0.00 |
| GENERAL SALES | $ | |
| OTHER (SPECIFY): TNT HAIR SALON | $ | 1,217.00 |
| OTHER **(SPECIFY) | $ | 0.00 |

                   TOTAL RECEIPTS THIS PERIOD:    $ 1217.00
5. BALANCE:    $ 6,952.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD.
        TRANSFERS TO OTHER DIP ACCOUNTS    0.00
        DISBURSEMENTS    $ 1347.23
TOTAL DISBURSEMENTS THIS PERIOD***    $    1347.23

7. ENDING BALANCE:    $ 5604.77

8. GENERAL ACCOUNT NUMBER 2450581950
     DEPOSITORY NAME AND LOCATION: WELLS FARGO BANK
                                             2701 VISTA WAY, OCEANSIDE, CA 92054

*All receipts must be deposited into the general account.
***This amount should be the same as the total from page 2.

Debtor-In-Possession Monthly Operating Report (Business) – Page 1 of 13

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NO | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 9/3/09 | 1004 | Martinez Landscaping | Upkeep | 140.00 |
| 9/8/09 | Debit | Chevron | Gas | 51.31 |
| 9/11/09 | Debit | Armstrong McCall | Supplies | 53.08 |
| 9/14/09 | Debit | Albertsons | Groceries | 113.57 |
| 9/14/09 | Debit | Petco | Pet Supplies | 68.28 |
| 9/21/09 | Debit | Marukasan | Groceries | 71.64 |
| 9/21/09 | Debit | Chevron | Gas | 50.11 |
| 9/21/09 | Debit | Sally Beauty | Supplies | 29.83 |
| 9/25/09 | 1007 | Cox Cable | Phone, Cable | 162.72 |
| 9/28/09 | Debit | Lenscrafters | Contacts | 366.80 |
| 9/28/09 | Debit | Eye Exam | Eye Exam | 99.90 |
| 9/29/09 | 1008 | Martinez Landscaping | Upkeep | 140.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 1347.23 |

## GENERAL ACCOUNT
## BANK RECONCILIATION*

Balance per bank statement dated: 9/30/2009           $ __5604.77__

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| __ | $ ____ |
| _____ | $ _____ |
| _____ | $ _____ |

Total deposits in transit                             $ __N/A__

Less outstanding checks (a):  N/A

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1006 | 8/28/2009 | 496.97 |
| 1009 | 9/29/2009 | 137.15 |

Total outstanding checks                              < __637.05__ >

Bank statement adjustments**                          __None__

Adjusted bank balance                                 $ __4,970.29__

\* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
\*\*Please attach a detailed explanation of any bank statement adjustment

Debtor-In-Possession Monthly Operating Report (Business) – Page 3 of 13

# I. CASH RECEIPTS AND DISBURSEMENTS (continued)
## B. (PAYROLL ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT RECEIPTS: $ __N/A__
2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS: $ _____

3. BEGINNING BALANCE: $ _____

4. RECEIPTS: $ _____
   TRANSFERRED FROM GENERAL ACCT.
5. BALANCE: $ _____

6. LESS DISBURSEMENTS DURING CURRENT PERIOD:
   $ _____

   | DATE | CHECK NO. | PAYEE | AMOUNT |
   |------|-----------|-------|--------|
   | N/A  |           |       |        |

   TOTAL DISBURSEMENTS THIS PERIOD: $ _____

7. ENDING BALANCE $ _____

8. PAYROLL ACCOUNT NUMBER __NONE__
   DEPOSITORY NAME AND LOCATION: __N/A__

# PAYROLL ACCOUNT
# BANK RECONCILIATION*

Balance per bank statement dated: _____        $_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Total deposits in transit        $_____

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | N/A | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | | |

Total outstanding checks        <_____>

Bank statement adjustments**        _____

Adjusted bank balance        $ N/A

\* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
\*\*Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS (Continued)
### C. (TAX ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS: $ _____

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS: $ _____

3. BEGINNING BALANCE: $ _____

4. RECEIPTS: $ _____

5. BALANCE: $ _____
6. LESS: DISBURSEMENTS DURING CURRENT PERIOD:

| DATE | CHECK NO. | PAYEE | PURPOSE | AMOUNT |
|------|-----------|-------|---------|--------|
| N/A  |           |       |         |        |

TOTAL DISBURSEMENTS THIS PERIOD:   $

7. ENDING BALANCE   $

8. TAX ACCOUNT NUMBER _____ NO TAX ACCOUNT _____
   DEPOSITORY NAME AND NUMBER   N/A

### D. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR PERIOD: 9/30/09

| | | |
|---|---|---|
| GENERAL ACCOUNT | $ | 4,970.29 |
| PAYROLL ACCOUNT | $ | 0.00 |
| TAX ACCOUNT | $ | 0.00 |
| OTHER ACCOUNTS * | $ | 0.00 |
| OTHER MONIES * | $ | 0.00 |
| PETTY CASH ** | $ | 0.00 |
| TOTAL CASH AVAILABLE | $ | 4,970.29 |

\* specify the fund and type of holding i.e. CD, Savings Account, Investment securities, Etc. and the depository name, location and account number
\*\* Attach exhibit itemizing all petty cash transactions.
NOTE: Attach copies of monthly accounts statements from financial institutions for each account.

# TAX ACCOUNT
# BANK RECONCILIATION*

Balance per bank statement dated: _____                                $_____N/A

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Total deposits in transit                                                                  $_____

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | N/A | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | | |

Total outstanding checks                                                              <_____>

Bank statement adjustments**                                                      _____

Adjusted bank balance                                                                  $\_\_\_N/A\_\_\_

*It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
**Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS.

| CREDITOR LESSOR, ETC | FREQUENCY OF PAYMENTS (Mo., Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (Number) | TOTAL DUE |
|---|---|---|---|---|
| BAC HOME LOANS | MO | $ 4,978.33 | 2 | $ 9956.66 |
| BAC HOME LOANS | MO | $ 5,711.02 | 2 | $ 11422.04 |
| CHASE HOME FINANCE | MO | $ 1,053.96 | 2 | $ 2107.92 |
| CHASE HOME FINANCE | MO | $ 991.65 | 2 | $ 1983.30 |
| CHEVY CHASE BANK | MO | $ 6,856.14 | 2 | $ 13712.28 |
| CITIMORTGAGE | MO | $ 849.64 | 2 | $ 1699.28 |
| GMAC | MO | $ 8,918.87 | 2 | $ 17837.74 |
| GMAC | MO | $ 4,125.74 | 2 | $ 8251.48 |
| NATIONAL CITY MORTGAGE | MO | $ 4,473.82 | 2 | $ 8947.64 |
| SAXON | MO | $ 1,376.94 | 2 | $ 2753.88 |
| DESERT FUNDING | | UNKNOWN | | DISPUTED |
| IFA | | UNKNOWN | | DISPUTED |
| PREFERRED BANK | | UNKNOWN | | DISPUTED |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL DUE (Approximate) | | | | $ 78677.22 Plus interest |

Debtor-In-Possession Monthly Operating Report (Business) – Page 8 of 13

### III. TAX LIABILITIES

FOR THE REPORTING PERIOD:
GROSS SALES SUBJECT TO SALES TAX           $-0-
TOTAL WAGES PAID                            $-0-

|  | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING |  |  |  |
| STATE WITHHOLDING |  |  |  |
| FICA – EMPLOYER'S SHARE |  |  |  |
| FICA - EMPLOYEE'S SHARE |  |  |  |
| FEDERAL UNEMPLOYMENT |  |  |  |
| STATE WITHHOLDING |  |  |  |
| SALES AND USE |  |  |  |
| REAL PROPERTY | $0.00 | $0.00 | $0.00 |
| OTHER: Medicare |  |  |  |
| **TOTAL** |  |  |  |

### IV. AGING ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

|  | ACCOUNTS PAYABLE (POST-PETITION) | ACCOUNTS Pre-Petition | RECEIVBLE Post-Petition |
|---|---|---|---|
| 30 days or less |  | $0.00 | $0.00 |
| 31-60 days |  | $0.00 | $0.00 |
| 61-90 days |  | $0.00 | $0.00 |
| 91-120 days |  | $0.00 | $0.00 |
| Over 120 days |  | $0.00 | $0.00 |
| **TOTAL** |  | $0.00 | $0.00 |

## V. INSURANCE COVERAGE

|  | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |
|---|---|---|---|---|
| General Liability | Colony/Evanston Ins | 3 Million | 9-17-2009 | 9-17-09 |
| Worker Compensation | N/A | | | |
| Casualty | N/A | | | |
| Vehicle | Farmers | 250/500/100 | 10-13-2009 | 10-13-09 |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
| 9-09 | 0 | $325.00 | | | $325.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Debtor-In-Possession Monthly Operating Report (Business) – Page 10 of 13

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## IX. QUESTIONNAIRE

1. Has the Debtor-In-Possession made any payments on its pre-petition unsecured debt, except as have been authorized by the Court?

    __x__ No.
    _____ Yes. Explain _____
    _____

2. Has the Debtor-In-Possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

    __x__ No.
    _____ Yes. Amount, to whom, and for what period?
    _____

3. State what progress was made during the reporting period toward filing a Plan of Reorganization:

    **Continuing efforts to refinance**

4. Describe potential future developments which may have a significant impact on the case.

    **Continuing efforts to refinance**

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

    I, Tesla Gray, Principal, declare under penalty of perjury that I have fully read and understood the foregoing Debtor-In-Possession Monthly Business Operating Report and that the information contained herein is true and complete to the best of my knowledge.

Date: 10/29/2009

_____
Principal for Debtor-In-Possession

## IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | SEPTEMBER /09 | Cumulative Post-Petition |
|---|---|---|
| Operating Income--TNT Hair Salon | 1,217.00 | 2,982.00 |
| **Operating Expenses:** | | |
| Gas | 101.41 | 174.93 |
| Groceries | 185.21 | 472.84 |
| Medical | 466.70 | 476.70 |
| Office |  | 19.95 |
| Insurance  Health | 0.00 | 496.97 |
| Telephone and Utilities | 162.72 | 454.51 |
| Repairs and Maintenance | 280.00 | 420.00 |
| Travel and Entertainment | | |
| Misc Expenses  Pets | 68.28 | 122.60 |
| Total Operating Expenses | 1,347.23 | 2,721.41 |
| Net/(Profit/Loss) from Operations | (130.23) | 260.59 |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other | | |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| NET INCOME | $ (130.23) | $ 260.59 |

Debtor-in-Possession Monthly Operating Report (Business) - Page 11 of 14

## X. BALANCE SHEET
### (ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | 9.30.09 |
|---|---:|---:|
| Current Assets: | | |
|     Unrestricted Cash-Wells Fargo DIP | 4,970.75 | |
|     Restricted Cash-Preferred Bank Interest Reserve Acct | 19,096.72 | |
|     Contract Receivable-Suncal | 34,240,306.00 | |
|     Inventory-Personal Goods | 16,000.00 | |
|     Notes Receivable | 2,037,000 | |
|     Prepaid Expenses | 0.00 | |
|     Other-Roth IRA | 270,930.00 | |
|         -Business Interests | 35,000.00 | |
|         -Collection | 140,000.00 | |
|         -Escrow Monies | 200,000.00 | |
|         -Escrowed Deposit | 300,000.00 | |
|     Total Current Assets | | 37,263,303.47 |
| Property, Plant, and Equipment | 29,848,000.00 | |
|     Net Property, Plant, and Equipment | | 29,848,000.00 |
| Other Assets (Net of Amortization): | | |
|     Total Other Assets | | 0.00 |
| **TOTAL ASSETS** | | **67,111,303.47** |
| | | |
| LIABILITIES | | |
| Post petition Liabilities: | | |
|     Accounts Payable | | |
|     Taxes Payable | | |
|     Notes Payable | | |
|     Professional fees | | |
|     Secured Debt | 78,672.22 | |
|     Other (Itemize) | | |
|     Total Post petition Liabilities | | 78,672.22 |
| Pre petition Liabilities: | | |
|     Secured Liabilities | 32,758,114.00 | |
|     Priority Liabilities | | |
|     Unsecured Liabilities | 28,253,538.00 | |
|     Other (Itemize) | | |
|     Total Prepetition Liabilities | | 61,011,652.00 |
| **TOTAL LIABILITIES** | | **61,090,324.22** |
| EQUITY: | | |
|     Pre petition Owners' Equity | 6,126,866.00 | |
|     6,101,255.00 | | |
|     Post petition Loss | | |
|     Direct Charges to Equity | 105,886.75 | |
| **TOTAL EQUITY** | | **6,020,979.25** |
| **TOTAL LIABILITIES & EQUITY** | | **67,111,303.47** |



Wells Fargo Online®

# Account Activity

CHECKING XXX-XXX1950

### Activity Summary

| | |
|---|---|
| Ending Balance as of 10/16/09 | $5,034.61 |
| Available Balance | $4,945.89 |

### Transactions

Show: All Transactions for Date Range 09/01/09 to 09/30/09

| Date ▽ | Description | Deposits / Additions | Withdrawals / Subtractions |
|---|---|---|---|
| **Pending Transactions** | | | |
| No pending transactions meet your criteria above. | | | |
| **Posted Transactions** | | | |
| 09/29/09 | CHECK # 1008 | | $140.00 |
| 09/29/09 | ONLINE TRANSFER REF #IBE7ZWQY4T FROM CHECKING XXXXXX8451 ON 09/29/09 | $800.00 | |
| 09/28/09 | CHECK CRD PURCHASE 09/25 EyeExam 30005201 CARLSBAD CA 486827XXXXXX0000 270940008858729 ?MCC=8043 121042882DA90 | | $99.90 |
| 09/28/09 | CHECK CRD PURCHASE 09/25 LensCrafters 10002459 CARLSBAD CA 486827XXXXXX0000 270940006858206 ?MCC=8043 121042882DA90 | | $366.80 |
| 09/25/09 | CHECK # 1007 | | $162.72 |
| 09/25/09 | ATM CHECK DEPOSIT - 2701 VISTA WAY OCEANSIDE CA 0000 | $400.00 | |
| 09/21/09 | CHECK CRD PURCHASE 09/18 SALLY BEAUTY #0601 CARLSBAD CA 486827XXXXXX0000 263940011895962 ?MCC=5977 121042882DA90 | | $29.83 |
| 09/21/09 | CHECK CRD PURCHASE 09/19 CHEVRON 00205615 OCEANSIDE CA 486827XXXXXX0000 263940011476828 ?MCC=5542 121042882DA90 | | $50.11 |
| 09/21/09 | POS PURCHASE - SY8 MARUKAI CORSY8 MARUKASAN DIEGO CA 0000 | | $71.64 |
| 09/14/09 | POS PURCHASE - PETCO ANIMAL SUPETCO ANIMOCEANSIDE CA 0000 | | $68.28 |
| 09/14/09 | POS PURCHASE - #06733 ALBERTSO#06733 ALBOCEANSIDE CA 0000 | | $113.57 |
| 09/14/09 | ATM DEPOSIT - 2701 VISTA WAY OCEANSIDE CA 0000 | $217.00 | |
| 09/11/09 | CHECK CRD PURCHASE 09/10 ARMSTRONG MCCALL CARLSBAD CA 486827XXXXXX0000 254940008254969 ?MCC=5999 121042882DA90 | | $53.06 |
| 09/08/09 | CHECK CRD PURCHASE 09/04 CHEVRON 00205615 OCEANSIDE CA 486827XXXXXX0000 249940011885353 ?MCC=5542 121042882DA90 | | $51.30 |
| 09/03/09 | CHECK # 1004 | | $140.00 |
| Totals | | $1,217.00 | $1,347.23 |

🏠 Equal Housing Lender
© 1995 – 2009 Wells Fargo. All rights reserved.

**PREFERRED BANK**

629.01.00
PREFERRED BANK - LOS ANGELES
601 S. FIGUEROA ST. 29TH FLOOR
LOS ANGELES, CA 90017

PHONE-213-891-1188

TESLA GRAY
INTEREST RESERVE ACCOUNT
P O BOX 518
FALLBROOK CA 92088

SAVINGS-REG/BUS
ACCOUNT: 1804456

07/01/09 THRU 09/30/09

PAGE 1

eSTATEMENTS ARE HERE - LOG ON PBnet PERSONAL ONLINE BANKING TO ENROLL
VISIT OUR WEBSITE AT WWW.PREFERREDBANK.COM!
PROTECT YOUR ACCOUNT BY CHECKING IT DAILY VIA PBnet ONLINE BANKING
GREAT NEWS!! THE FDIC HAS EXTENDED THE TEMPORARY STANDARD INSURANCE
AMOUNT OF $250,000 PER DEPOSITOR UNTIL DECEMBER 31, 2013

SAVINGS-REG/BUS ACCOUNT 1804456

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 06/30/09 | 20,681.92 |
| ISSUE C/C#31366 TO THE RECHT & RECHT CO | 325.00 | | 07/17/09 | 20,556.92 |
| ISSUE C/C#31367 TO THE RECHT & RECHT CO | 325.00 | | 07/17/09 | 20,230.92 |
| ISSUE C/C#31387 TO HAWAIIAN APPRAISALS PER REQUEST | 575.00 | | 07/31/09 | 19,655.92 |
| ISSUE C/C#31388 TO HAWAIIAN APPRAISALS PER REQUEST | 575.00 | | 07/31/09 | 19,081.92 |
| INTEREST | | 5.23 | 07/31/09 | 19,087.15 |
| INTEREST | | 4.86 | 08/31/09 | 19,092.01 |
| INTEREST | | 4.71 | 09/30/09 | 19,096.72 |
| BALANCE THIS STATEMENT | | | 09/30/09 | 19,096.72 |

TOTAL CREDITS     (3)         14.80
TOTAL DEBITS      (4)      1,800.00

- - - - - - - - - - - - INTEREST - - - - - - - - - - - -

AVERAGE LEDGER BALANCE:      19,575.01    INTEREST EARNED:                          14.80
AVERAGE AVAILABLE BALANCE:   19,575.01    DAYS IN PERIOD:                              92
INTEREST PAID THIS PERIOD:       14.80    ANNUAL PERCENTAGE YIELD EARNED:           .30%
INTEREST PAID 2009:             125.92

- END OF STATEMENT -


