**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Ronald E. Stadtmueller, #140720
10755 Scripps Poway Pkwy., #370
San Diego, CA  92131
858-564-9310

Order Entered on
April 15, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

TESLA GRAY

Debtor.

BANKRUPTCY NO. 08-10753-LA7

Date of Hearing:
Time of Hearing:
Name of Judge:

## ORDER ON

## TRUSTEE'S PROPOSED ABANDONMENT OF REAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. __155__

//

//

//

//

//

//

DATED: April 14, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

/s/ Ronald E. Stadtmueller
(Firm name)

By: /s/ Ronald E. Stadtmueller
    Attorney for ☐ Movant ☐ Respondent

CSD 1001A

**CSD 1001A** [11/15/04] **(Page 2)**
ORDER ON  TRUSTEE'S PROPOSED ABANDONMENT OF REAL PROPERTY
DEBTOR: TESLA GRAY                                      CASE NO: 08-10753-LA7

---

On March 5, 2010, the Trustee filed a NOTICE OF PROPOSED ABANDONMENT OF REAL PROPERTY which was served by the court on March 5, 2010 as Docket No. 161.

Thirty-one (31) days or more has lapsed since the filing  and service of the notice of proposed abandonment and no creditor or party in interest has objected or otherwise requested a hearing.

NOW, THEREFORE IT IS SO ORDERED

The trustee's abandonment of real property described in debtor's schedules as 85-175 Farrington Hwy-B103, Waianae, HI 96792 and 85-175 Farrington Hwy-C407 Waianae, HI 96792

is approved

CSD 1001A

*Signed by Judge Louise DeCarl Adler April 14,2010*