UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re: GRAY, TESLA § Case No. 08-10753
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald E. Stadtmueller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $67,081,877.00          Assets Exempt: $300,180.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00      Claims Discharged
                                             Without Payment: $3,969,202.49

Total Expenses of Administration: $25,617.06

3) Total gross receipts of $ 25,617.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,617.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $39,016,296.58 | $40,829,709.25 | $40,829,709.25 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 53,872.52 | 53,908.52 | 25,617.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,208,132.00 | 3,969,202.49 | 3,969,202.49 | 0.00 |
| **TOTAL DISBURSEMENTS** | $40,224,428.58 | $44,852,784.26 | $44,852,820.26 | $25,617.06 |

  4) This case was originally filed under Chapter 7 on October 28, 2008. The case was pending for 34 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/14/2012         By: /s/Ronald E. Stadtmueller
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| WELLS FARGO BANK ACCOUNT | 1121-000 | 617.06 |
| Stadtmueller v. Ray Gray; Adv. No. 11-90517 | 1241-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,617.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GMAC Mortgage, LLC | 4110-000 | 1,437,651.00 | 1,504,966.90 | 1,504,966.90 | 0.00 |
| 2 | BNC Mortgage, Inc. | 4110-000 | 93,500.00 | 95,624.55 | 95,624.55 | 0.00 |
| 3 | Chase Home Finance, LLC | 4110-000 | 88,400.00 | 90,084.96 | 90,084.96 | 0.00 |
| 4 | National City Mortgage Co | 4110-000 | 533,008.00 | 547,852.43 | 547,852.43 | 0.00 |
| 5 | GMAC Mortgage Corporation | 4110-000 | 1,632,955.00 | 1,624,488.97 | 1,624,488.97 | 0.00 |
| 6 | Capital One, N.A. | 4110-000 | 1,650,000.00 | 1,628,151.41 | 1,628,151.41 | 0.00 |
| 7 | CitiMortgage, Inc | 4110-000 | 104,443.00 | 106,683.83 | 106,683.83 | 0.00 |
| 11 | Phillip Sullivan | 4110-000 | 570,000.00 | 533,733.36 | 533,733.36 | 0.00 |
| 12 | BAC Home Loans Servicing, LP | 4110-000 | 824,000.00 | 839,392.49 | 839,392.49 | 0.00 |
| 13 | Integrated Financial Associates, Inc. | 4110-000 | 3,400,000.00 | 4,554,051.19 | 4,554,051.19 | 0.00 |
| 14 | Preferred Bank | 4110-000 | 14,030,000.00 | 14,652,339.58 | 14,652,339.58 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 15 | Preferred Bank | 4110-000 | 14,652,339.58 | 14,652,339.58 | 14,652,339.58 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $39,016,296.58 | $40,829,709.25 | $40,829,709.25 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald E. Stadtmueller | 2100-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Ronald E. Stadtmueller | 2200-000 | N/A | 242.93 | 242.93 | 242.93 |
| CLERK OF COURT - CLERK OF COURT | 2700-001 | N/A | 250.00 | 250.00 | 250.00 |
| RUDOLPH LAW FIRM | 3210-000 | N/A | 8,000.00 | 8,000.00 | 3,212.29 |
| GARY B. RUDOLPH | 3210-000 | N/A | 39,237.50 | 39,273.50 | 15,769.75 |
| GARY B. RUDOLPH | 3220-000 | N/A | 597.86 | 597.86 | 597.86 |
| R DEAN JOHNSON | 3410-000 | N/A | 1,458.00 | 1,458.00 | 1,458.00 |
| R DEAN JOHNSON | 3420-000 | N/A | 136.68 | 136.68 | 136.68 |
| United States Trustee | 2950-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| INTERNATIONAL SURETIES | 2300-000 | N/A | 0.84 | 0.84 | 0.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.58 | 41.58 | 41.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.16 | 50.16 | 50.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.97 | 56.97 | 56.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $53,872.52 | $53,908.52 | $25,617.06 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Internal Revenue Service | 7100-000 | N/A | 9,077.49 | 9,077.49 | 0.00 |
| 9 | Bank of the West | 7100-000 | 1,004,132.00 | 1,013,125.00 | 1,013,125.00 | 0.00 |
| 10 | John and Nancy Montgomery | 7100-000 | 204,000.00 | 204,000.00 | 204,000.00 | 0.00 |
| 16 | Homequity Funding Corporation, Inc. | 7100-000 | N/A | 2,743,000.00 | 2,743,000.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,208,132.00 | $3,969,202.49 | $3,969,202.49 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-10753  
**Case Name:** GRAY, TESLA  

**Period Ending:** 11/14/12

**Trustee:** (001510) Ronald E. Stadtmueller  
**Filed (f) or Converted (c):** 12/21/09 (c)  
**§341(a) Meeting Date:** 01/22/10  
**Claims Bar Date:** 04/14/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  WELLS FARGO BANK ACCOUNT | 25,641.00 | 617.06 | | 617.06 | FA |
| 2  112 ACRES HARMONY GROVE, CA<br>    abandonment filed 4/3/10 | 17,280,000.00 | 0.00 | OA | 0.00 | FA |
| 3  87-597 FARRINGTON HWY., WAIANAE, HI<br>    abandonment filed 4/3/10 | 3,300,000.00 | 0.00 | OA | 0.00 | FA |
| 4  87-591 FARRINGTON HWY., WAIANAE, HI<br>    abandonment filed 4/3/10 | 2,700,000.00 | 0.00 | OA | 0.00 | FA |
| 5  2656 VISTA DE PALOMAR, FALLBROOK, CA<br>    abandonment filed 4/3/10 | 450,000.00 | 0.00 | OA | 0.00 | FA |
| 6  36211 PALA DEL NORTE, PALA, CA<br>    abandonment filed 4/3/10 | 5,450,000.00 | 0.00 | OA | 0.00 | FA |
| 7  85-175 FARRINGTON HWY. C407, WAIANAE, HI<br>    abandonment filed 3/5/10 | 109,000.00 | 18,367.00 | OA | 0.00 | FA |
| 8  85-175 FARRINGTON HWY. B103, WAIANAE, HI<br>    abandonment filed 3/5/10 | 109,000.00 | 0.00 | OA | 0.00 | FA |
| 9  HOUSEHOLD GOODS | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 10  WEARING APPAREL | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 11  JEWELRY | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12  ROTH IRA | 270,930.00 | 0.00 | DA | 0.00 | FA |
| 13  TNT HAIR SALON (50% INTEREST)<br>    abandonment filed 2/23/10 | 7,500.00 | 0.00 | OA | 0.00 | FA |
| 14  NOTES (2) FALLBROOK, CA/ACCOUNTS<br>    RECEIVABLES<br>    Counsel investigating value of this asset. | 2,062,641.00 | 2,062,641.00 | DA | 0.00 | FA |
| 15  COLLECTION ACCOUNT<br>    COLLECTION ACCT. $140,000; ESCROW<br>    DEPOSIT $300,000; AND ESCROW MONIES<br>    $200,000 | 640,000.00 | 640,000.00 | DA | 0.00 | FA |
| 16  CONTRACT RECEIVABLE<br>    THIS ASSETS IS LINKED TO HARMONY GROVE<br>    PROPERTY WHICH HAS BEEN ABANDONED.<br>    THIS ASSET ABANDONED ON 7/2/11 | 34,240,306.00 | 0.00 | OA | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-10753  
**Case Name:** GRAY, TESLA  

**Trustee:** (001510) Ronald E. Stadtmueller  
**Filed (f) or Converted (c):** 12/21/09 (c)  
**§341(a) Meeting Date:** 01/22/10  

**Period Ending:** 11/14/12  
**Claims Bar Date:** 04/14/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 17 | TOOLS AND SUPPLIES USED IN BUSINESS | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2021 S Nevada St., Oceanside, CA      abandonment filed 3/5/10 | 450,000.00 | 0.00 | OA | 0.00 | FA |
| 19 | Stadtmueller v. Ray Gray; Adv. No. 11-90517  (u)      2/18/12; Adversary proceeding pending  (See Footnote) | Unknown | Unknown | | 25,000.00 | FA |
| 20 | Stadtmueller v. Panoche Valley (Adv. No 11-90330 (u)      2/18/12; Adversary proceeding pending  (See Footnote) | 0.00 | Unknown | DA | 0.00 | FA |
| 20 | **Assets**    **Totals** (Excluding unknown values) | **$67,107,518.00** | **$2,721,625.06** | | **$25,617.06** | **$0.00** |

RE PROP# 19    2/18/12; Adversary proceeding pending  
RE PROP# 20    2/18/12; Adversary proceeding pending

**Major Activities Affecting Case Closing:**

2/18/12; Adversary proceedings pending.   2/18/12; Case reviewed.  
7/2/11 filed Abandonment of personal property.  
4/3/10 filed Abandonment of real property (5).  
3/5/10 filed Abandonment of real property (2).  
2/23/10 filed Abandonment of TNT Hair Salon.  
1/8/10 employed counsel Gary Rudolph.  
Investigating non exempt RP and transfers of assets as preferences/fraudulent.  
Investigating notes and preferencial payment to Ray Gray and the Kona brothers note.  
7/7/11 Adversary Case filed Stadtmueller v. Panoche Valley.  
06/04/12 filed NOIA for fee's  
06/05/12 uploaded TFR/NFR. bank statements emailed to Paula  

**Initial Projected Date Of Final Report (TFR):**    May 2, 2011            **Current Projected Date Of Final Report (TFR):**    June 5, 2012  (Actual)

Printed: 11/14/2012 04:58 PM    V.13.04

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-10753  
**Case Name:** GRAY, TESLA

**Taxpayer ID #:** **-***0253  
**Period Ending:** 11/14/12

**Trustee:** Ronald E. Stadtmueller (001510)  
**Bank Name:** Union Bank of California  
**Account:** ********67 - Money Market Account  
**Blanket Bond:** $4,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/10 | {1} | WELLS FARGO BANK | funds in Wells Fargo Account | 1121-000 | 617.06 | | 617.06 |
| 01/13/11 | | Transfer to Acct #2131455319 | Bank Funds Transfer | 9999-000 | | 0.84 | 616.22 |
| 06/29/11 | | Transfer to Acct #2131455319 | Bank Funds Transfer | 9999-000 | | 250.00 | 366.22 |
| 12/12/11 | | Union Bank | Transfer to The Bank of New York Mellon | 9999-000 | | 366.22 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 617.06 | 617.06 | $0.00 |
| Less: Bank Transfers | | 0.00 | 617.06 | |
| **Subtotal** | | **617.06** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$617.06** | **$0.00** | |

{} Asset reference(s)

Printed: 11/14/2012 04:58 PM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-10753
**Case Name:** GRAY, TESLA

**Trustee:** Ronald E. Stadtmueller (001510)
**Bank Name:** Union Bank of California
**Account:** ********19 - Checking Account

**Taxpayer ID #:** **-***0253
**Period Ending:** 11/14/12

**Blanket Bond:** $4,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/13/11 | | Transfer from Acct #2131454767 | Bank Funds Transfer | 9999-000 | 0.84 | | 0.84 |
| 01/13/11 | 3001 | INTERNATIONAL SURETIES | Blanket Bond #016025040 | 2300-000 | | 0.84 | 0.00 |
| 06/29/11 | | Transfer from Acct #2131454767 | Bank Funds Transfer | 9999-000 | 250.00 | | 250.00 |
| 06/29/11 | 3002 | CLERK OF COURT | Filing Fee Tesla Gray 08-10753 adversary complaint - Ray Gray | 2700-001 | | 250.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 250.84 | 250.84 | $0.00 |
| | | | Less: Bank Transfers | | 250.84 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 250.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$250.84** | |

{} Asset reference(s)                                                                                           Printed: 11/14/2012 04:58 PM    V.13.04

Exhibit 9

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-10753 | | Trustee: | Ronald E. Stadtmueller (001510) |
|---|---|---|---|---|
| Case Name: | GRAY, TESLA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******64-65 - Checking Account |
| Taxpayer ID #: | **-***0253 | | Blanket Bond: | $4,000,000.00 (per case limit) |
| Period Ending: | 11/14/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/12/11 | | The Bank of New York Mellon | Transfer from Union Bank | 9999-000 | 366.22 | | 366.22 |
| 03/05/12 | {19} | Goldys Enterprise, for Ray Gray | litigation settlement with Ray Gray | 1241-000 | 25,000.00 | | 25,366.22 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.58 | 25,324.64 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.16 | 25,274.48 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.97 | 25,217.51 |
| 07/06/12 | 11001 | GARY B. RUDOLPH | | | | 16,367.61 | 8,849.90 |
| | | | pro rata fee payment per consent    15,769.75 | 3210-000 | | | 8,849.90 |
| | | | reimbursement of expenses    597.86 | 3220-000 | | | 8,849.90 |
| 07/06/12 | 11002 | RUDOLPH LAW FIRM | pro rata fee payment per consent | 3210-000 | | 3,212.29 | 5,637.61 |
| 07/06/12 | 11003 | R DEAN JOHNSON | | | | 1,594.68 | 4,042.93 |
| | | | payment of fees    1,458.00 | 3410-000 | | | 4,042.93 |
| | | | reimbursement of expense    136.68 | 3420-000 | | | 4,042.93 |
| 07/18/12 | 11004 | Ronald E. Stadtmueller | | | | 2,742.93 | 1,300.00 |
| | | | fees paid per court order    2,500.00 | 2100-000 | | | 1,300.00 |
| | | | reimbursement of expenses    242.93 | 2200-000 | | | 1,300.00 |
| 08/22/12 | 11005 | United States Trustee | quarterly fees | 2950-000 | | 1,300.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 25,366.22 | 25,366.22 | $0.00 |
| | | | Less: Bank Transfers | | 366.22 | 0.00 | |
| | | | Subtotal | | 25,000.00 | 25,366.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $25,000.00 | $25,366.22 | |

| | Net Receipts : | 25,617.06 |
|---|---|---|
| | Net Estate : | $25,617.06 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ********67 | 617.06 | 0.00 | 0.00 |
| Checking # ********19 | 0.00 | 250.84 | 0.00 |
| Checking # 9200-******64-65 | 25,000.00 | 25,366.22 | 0.00 |
| | $25,617.06 | $25,617.06 | $0.00 |

{} Asset reference(s)    Printed: 11/14/2012 04:58 PM    V.13.04