# DECLARATION OF KAREN A. RAGLAND IN SUPPORT OF MOTION TO REOPEN CHAPTER 7 CASE

I, KAREN A. RAGLAND, hereby declare as follows:

1.  I am an attorney at law duly licensed to practice law in the State of California, and am a member in good standing in the United States District Court for the Southern District of California. I am one of the attorneys responsible for the representation of the Creditor, Fidelity National Title Insurance Company ("Creditor") in the above named case. As such, I have personal knowledge of the facts set forth herein, and if called, I could and would testify competently thereto.

2.  On October 28, 2008, Tesla Gray, the Debtor, (hereafter "Debtor") was placed in an involuntary Chapter 11 case by three of her creditors. Thereafter, on December 21, 2009, the Court converted this Chapter 11 case to a Chapter 7 one.

3.  Prior thereto, on January 25, 2007, the Debtor had executed an Adjustable Rate Note and a Deed of Trust with Bank United FSB. Thereafter, on July 17, 2009, the Deed of Trust was assigned to GMAC Mortgage, L.LC. (hereafter "GMAC") Said Deed of Trust was secured by the real property commonly known as 1620 Wilt Road, Fallbrook, California 92028-0000. (hereafter "Property").

4.  During the pendency of her bankruptcy case, GMAC filed its Motion for Relief from the Automatic Stay due to the Debtor's failure to make post-petition payments on the Property. The Motion was filed on September 17, 2009. A copy of the Motion is attached hereto as Exhibit "1" and incorporated herein by this reference.

5.  The Debtor failed to respond to the Motion for Relief from the Automatic Stay. Thereafter, on January 4, 2010, the Court granted the Motion for Relief from the Automatic Stay on the Property. A copy of the Order is attached hereto as Exhibit "2" and incorporated herein by this reference

DOCUMENT PREPARED ON RECYCLED PAPER

10

6. Thereafter, GMAC foreclosed on the Property and sold it to the Hatfields. In connection with this real estate sale transaction, Creditor issued a title insurance policy (hereafter "Policy") on the Property.

7. Subsequently, the Debtor received her Chapter 7 discharge on July 25, 2013. The Court closed the case on July 29, 2013.A copy of her discharge is attached hereto as Exhibit "3" and incorporated herein by this reference.

8. However, the Hatfields filed an Action in the San Diego County Superior Court with regard to the Property. The Debtor did not prevail at trial and as a result, the Court awarded attorney's fees to the Hatfields in the amount of $14,459.00 on February 10, 2015.  A copy of the Judgment is attached hereto as Exhibit "4" and incorporated herein by this reference.

9. The Debtor unsuccessfully appealed this Judgment. The Court granted the Hatfields additional attorney's fees in the amount of $1,075.41 on February 21, 2016. A copy of this Abstract for this Judgment is attached hereto as Exhibit "5" and incorporated herein by this reference.

10. On June 30, 2017, the Hatfields assigned their Judgments to the Creditor. A copy of the Assignment is attached hereto as Exhibit "6" and incorporated herein by this reference.

11. The Creditor has attempted to enforce the Judgments by means of a Judgment Debtor Examination (hereafter "ORAP") of the Debtor in the San Diego County Superior Court.  At the last ORAP in April, 2018, the Debtor objected on the grounds that the enforcement efforts of the Creditor were in violation of her post-discharge stay.

12. As a result, the Court continued the ORAP to July 27, 2018.

13. Creditor therefore requests that the case of the Debtor be reopened by this Court for the sole purpose of allowing Creditor to seek an Order that the post-discharge stay does not operate to bar its efforts to enforce the Judgments against the Debtor. If this Motion is denied, then the San Diego County Superior Court has expressed its hesitancy in allowing the Creditor to proceed with the ORAP of the Debtor.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 11th day of July, 2018 in Los Angeles, California.


/s/ Karen A. Ragland

_____

KAREN A. RAGLAND

DOCUMENT PREPARED
ON RECYCLED PAPER

12

**MOTION TO REOPEN**