# EXHIBIT "2"

CSD 1162 [08/22/03]
Name, Address, Telephone No. & I.D. No.
Routh Crabtree Olsen, P.S.
Edward T. Weber SBN 194963
505 N. Tustin Ave., Suite 243
Santa Ana, CA 92705
Phone: 714-277-4915 Fax: 425-283-5993
EMail: eweber@rcolegal.com
RCO# 7314.30837

Order Entered on
January 04, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Tesla Gray, John Montgomery

Debtor.

BANKRUPTCY NO. 08-10753-LA11

GMAC Mortgage, LLC

Moving Party

RS NO.        RCO-1

Tesla Gray, John Montgomery, Thomas C. Nelson

Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ **REAL PROPERTY**    ☐ **PERSONAL PROPERTY**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __3__ with exhibits, if any, for a total of __3__ pages, is granted.  Motion Docket Entry No. _____59_____

//

//

//

//

DATED:
   January 04, 2010

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

 Routh Crabtree Olsen, P.S._____
(Firm name)

By: /s/ Edward T. Weber_____
    Attorney for Movant

Judge, United States Bankruptcy Court

CSD 1162

CSD 1162 [08/22/03] (Page 2)
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Tesla Gray, John Montgomery                                    CASE NO: 08-10753-LA11
                                                                        RS NO.:    RCO-1

The Motion of _____ GMAC Mortgage, LLC _____,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on ___ September 17, 2009 ___, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A

OR Notice Docket Entry No. ____ 61 ____, if filed electronically), the Motion, and accompanying Declarations having been served

upon the parties named below on _____ September 17, 2009 _____, and

☑    Debtor *(Name)*:                 Tesla Gray, John Montgomery

☑    Debtor's Attorney *(Name)*:    Thomas C. Nelson

☑    Trustee *(Name)*:

☑    United States Trustee (in Chapter 11 & 12 cases), and

☑    Others, if any *(Name)*:
       Christopher M. McDermott
       Alvarado & Associates, LLP

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with

the estate's and the debtor's interest in

1.    ☑    The following real property:

      a.    Street address of the property including county and state:
            1620 WILT ROAD
            FALLBROOK, CA 92028-0000

      b.    Legal description is ☑ attached as Exhibit B or ☐ described below:

2.    ☐    The following personal property as described ☐ below or ☐ in Exhibit B attached:

            IT IS FURTHER ORDERED that *(Optional)*:

a) the Order for relief be binding and effective despite any conversion of this bankruptcy case to a case any other chapter of Title 11 of the United States Code;
b) the 10-day provided by Bankruptcy Rule 4001(a)(3) be waived.

CSD 1162

*Signed by Judge Louise DeCarl Adler January 04, 2010*

Fax 7142476122            Jan 16 2009 11:24am  P015/018

## EXHIBIT "A"

21370

PARCEL 1:

ALL THAT PORTION OF LAND WHICH IS DELINEATED AND DESIGNATED AS "PARCEL 35" ON RECORD OF SURVEY MAP NO. 5136, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JULY 23, 1959, SAID RECORD OF SURVEY BEING A PORTION OF TRACT "A" OF RANCHO MONSERATE, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF ON FILE IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, IN BOOK 1, PAGE 108 OF PATENTS, LYING SOUTHWESTERLY OF THE SOUTHWESTERLY LINE OF THAT CERTAIN 100.00 FOOT STRIP OF LAND DESCRIBED IN DEED TO THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA, RECORDED SEPTEMBER 22, 1967 AS FILE NO. 145227, SAID SOUTHWESTERLY LINE BEING 50.00 FEET SOUTHWESTERLY AND WESTERLY OF, AT RIGHT ANGLES AND RADIALLY TO, THE FOLLOWING DESCRIBED LINE:

BEGINNING AT A POINT ON THE NORTH LINE OF FRACTIONAL SECTION 27, TOWNSHIP 9 SOUTH, RANGE 3 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF, DISTANT THEREON NORTH 89°34'59" WEST, 34.41 FEET FROM THE NORTHEAST CORNER OF SAID SECTION 27, SAID POINT BEING ON A CURVE, CONCAVE SOUTHWESTERLY AND HAVING A RADIUS OF 800.00 FEET, A RADIAL LINE OF SAID CURVE TO SAID POINT HAVING A BEARING OF SOUTH 79°51'08" WEST;

THENCE SOUTHERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 10°53'24" A DISTANCE OF 152.06 FEET;

THENCE SOUTH 00°44'32" WEST, 2,021.82 FEET TO THE BEGINNING OF A CURVE, CONCAVE EASTERLY AND HAVING A RADIUS OF 800.00 FEET;

THENCE SOUTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 53°00'48" A DISTANCE OF 740.21 FEET;

THENCE SOUTH 52°16'15" EAST, 879.36 FEET TO THE BEGINNING OF A CURVE, CONCAVE SOUTHWESTERLY AND HAVING A RADIUS OF 1,200.00 FEET;

THENCE SOUTHEASTERLY ALONG SAID CURVE TO THE SOUTHERLY LINE OF SAID PARCEL 35.

PARCEL 2:

EASEMENTS FOR ROAD AND PUBLIC UTILITY PURPOSES, OVER, UNDER, ALONG AND ACROSS ALL THOSE PORTIONS OF MONSERATE RANCHO, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF ON FILE IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, IN BOOK 1, PAGE 108 OF PATENTS, WHICH ARE DELINEATED AND DESIGNATED AS "EXISTING EASEMENTS RESERVED FOR ROAD", "EASEMENT OF RECORD" AND "EASEMENT RESERVED FOR ROAD" ON RECORD OF SURVEY MAP NO. 5136, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JULY 21, 1959, TOGETHER WITH THOSE PORTIONS OF SAID MONSERATE RANCHO WHICH ARE DELINEATED AND DESIGNATED AS "60.00 FOOT EASEMENT RESERVED" ON RECORD OF SURVEY MAP NO. 3659, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JULY 15, 1955, SAID SURVEY BEING A PORTION OF SAID MONSERATE RANCHO.

*A'*