EXHIBIT "4"



ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

02/10/2015 at 11:49:00 AM
Clerk of the Superior Court
By Esperanza Fernandez, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO – NORTH COUNTY REGIONAL CENTER

| | |
|---|---|
| RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE HATFIELD FAMILY TRUST DATED MAY 9, 2000,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA GRAY, an individual; EQUITY HOLDING CORP., A NON-PROFIT CALIFORNIA CORPORATION, AS TRUSTEE FOR THE 1620 WILT ROAD TRUST, NO. 200801461, DATED 02/01/2008, a California corporation; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD UPON PLAINTIFFS' TITLE THERETO; and DOES 1 through 40, Inclusive,<br><br>Defendants. | Case No.: 37-2013-00040751-CU-OR-NC<br><br>Assigned To:<br>Hon. Robert P. Dahlquist<br>Department : N-29<br><br>[PROPOSED] JUDGMENT<br><br>Complaint Filed: March 25, 2013<br><br>Trial Date: · December 10, 2014 |

The above-entitled action came on regularly for trial on December 10 and 11, 2014, in Department N-29 of the above-entitled court, the Honorable Robert P. Dahlquist, Judge presiding. Christopher E. Deal and Chris D. Greinke of Songstad Randall Coffee & Humphrey LLP appeared on behalf of Plaintiffs RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE

SONGSTAD RANDALL COFFEE & HUMPHREY LLP
2201 DUPONT DRIVE, SUITE 100
IRVINE, CALIFORNIA 92612
TELEPHONE (949) 757-1600
FACSIMILE (949) 757-1613

HATFIELD FAMILY TRUST DATED MAY 9, 2000. David R. Griffin of Next Law Group APC appeared on behalf of Defendants TESLA GRAY and RAYMOND GRAY, TRUSTEE FOR THE 1620 WILT ROAD TRUST, NO. 200801461, DATED 02/01/08.

On January 27, 2015, the Court issued its Decision After Bench Trial (the "Decision") in favor of Plaintiffs RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE HATFIELD FAMILY TRUST DATED MAY 9, 2000 and against Defendants TESLA GRAY and RAYMOND GRAY, TRUSTEE FOR THE 1620 WILT ROAD TRUST, NO. 200801461, DATED 02/01/08. Based on the Decision and the evidence at trial,

IT IS ORDERED, ADJUDGED AND DECREED that:

Plaintiffs RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE HATFIELD FAMILY TRUST DATED MAY 9, 2000 are the lawful owners of the entire real property commonly known as 1620 Wilt Road, Fallbrook, California, 92028, consisting of Assessor's Parcel Number 107-380-01 and Assessor's Parcel Number 107-380-03, and legally described in Exhibit "A" attached hereto and incorporated herein by reference.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

Defendants TESLA GRAY, RAYMOND GRAY, THE 1620 WILT ROAD TRUST, NO. 200801461, DATED 02/01/08 and all other defendants in this case have no right, title or interest to the real property commonly known as 1620 Wilt Road, Fallbrook, California, 92028, consisting of Assessor's Parcel Number 107-380-01 and Assessor's Parcel Number 107-380-03, and legally described in Exhibit "A" attached hereto and incorporated herein by reference.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

The Deed of Trust in favor of BankUnited, FSB, recorded on January 31, 2007, in the Official Records of the County of San Diego as Instrument No. 2007-0069715, is hereby reformed so that the legal description of the real property to which the Deed of Trust attaches includes both Assessor's Parcel Number 107-380-01 and Assessor's Parcel Number 107-380-03, and the legal description in Exhibit "A" attached hereto and incorporated herein by reference.

///

///

[Proposed] Judgment

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that:

The Trustee's Deed Upon Sale, recorded on March 23, 2011, in the Official Records of the County of San Diego as Instrument No. 2011-0152757, is hereby reformed so that the legal description of the real property conveyed includes both Assessor's Parcel Number 107-380-01 and Assessor's Parcel Number 107-380-03, and the legal description in Exhibit "A" attached hereto and incorporated herein by reference.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE HATFIELD FAMILY TRUST DATED MAY 9, 2000 are the prevailing parties in this case.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE HATFIELD FAMILY TRUST DATED MAY 9, 2000 shall recover their costs of suit from Defendants TESLA GRAY and RAYMOND GRAY, TRUSTEE FOR THE 1620 WILT ROAD TRUST, NO. 200801461, DATED 02/01/08 pursuant to a memorandum of costs.

**IT IS SO ORDERED.**

Dated: _____02/10/2016_____

*Robert P. Ahlquist*

JUDGE OF THE SUPERIOR COURT

3

[Proposed] Judgment