EXHIBIT "6"

WILLIAM D. COFFEE, ESQ. (Bar No. 143653)
bcoffee@sr-firm.com
CHRIS D. GREINKE, ESQ. (Bar No. 211004)
cgreinke@sr-firm.com
SONGSTAD RANDALL COFFEE & HUMPHREY LLP
3200 Park Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:     (949) 757-1600
Facsimile:     (949) 757-1613

Attorneys for Plaintiffs
RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE HATFIELD FAMILY
TRUST DATED MAY 9, 2000

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN DIEGO – NORTH COUNTY REGIONAL CENTER**

| | |
|---|---|
| RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE HATFIELD FAMILY TRUST DATED MAY 9, 2000,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA GRAY, an individual; EQUITY HOLDING CORP., A NON-PROFIT CALIFORNIA CORPORATION, AS TRUSTEE FOR THE 1620 WILT ROAD TRUST, NO. 200801461, DATED 02/01/2008, a California corporation; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD UPON PLAINTIFFS' TITLE THERETO; and DOES 1 through 40, Inclusive,<br><br>Defendants. | Case No.: **37-2013-00040751-CU-OR-NC**<br><br>Assigned for all Purposes To:<br>Judge:     Honorable Ronald Frazier<br>Dept.:     N-29<br><br>**ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT**<br><br>(California Code of Civil Procedure Section 673)<br><br>**IMAGED FILE**<br><br>Complaint Filed:     March 25, 2013 |

Plaintiffs RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE HATFIELD FAMILY TRUST DATED MAY 9, 2000 ("Plaintiffs") hereby acknowledge the assignment of the judgment entered in the above entitled action from Plaintiffs to Fidelity National Title Insurance Company, described as follows:

1

Acknowledgment of Assignment of Judgment

1.    Judgment Creditors:    RUSSELL HATFIELD and JOAN I. HATFIELD,
TRUSTEES OF THE HATFIELD FAMILY TRUST
DATED MAY 9, 2000
c/o William D. Coffee
Songstad Randall Coffee & Humphrey LLP
3200 Park Center Drive, Suite 950
Costa Mesa, CA 92626

2.    Judgment Debtors:    TESLA GRAY
2656 Vista de Palomar
Fallbrook, CA 92088

RAYMOND GRAY, TRUSTEE FOR THE
1620 WILT RD TRUST NO. 200801461,
DATED 02/01/2008
Post Office Box 538
Fallbrook, CA 92088

3.    Assignee:    FIDELITY NATIONAL TITLE INSURANCE COMPANY
c/o Christina Blum
2533 North 117th Avenue
Omaha, NE 68164

4.    The judgment was entered on February 10, 2015.

5.    An abstract of the judgment was recorded in the official records of San Diego County as document number 2017-0251679 on June 5, 2017.

6.    Plaintiffs acknowledge they have assigned their right, title and interest in the judgment in the unpaid amount of $14,459.00.

7.    A copy of the abstract of the judgment assigned herein is attached hereto as Exhibit "A."

Dated: 6-30-17

RUSSELL HATFIELD and JOAN I. HATFIELD,
TRUSTEES OF THE HATFIELD FAMILY TRUST
DATED MAY 9, 2000

_____
Russell Hatfield, Trustees of the Hatfield Family
Trust Dated May 9, 2000

_____
Joan I. Hatfield, Trustees of the Hatfield Family
Trust Dated May 9, 2000

SONGSTAD RANDALL COFFEE & HUMPHREY LLP
3200 PARK CENTER DRIVE, SUITE 950
COSTA MESA, CALIFORNIA 92626
TELEPHONE (949) 757-1600
FACSIMILE (949) 757-1611

2

Acknowledgment of Assignment of Judgment

STATE OF CALIFORNIA )
San Diego)
COUNTY OF ~~ORANGE~~ )          ss.

On June 30th, 2017 before me, _Ranesh Shah_, Notary Public, personally appeared _Russen Hakfield and_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they/executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_See Attached California All Purpose Acknowledgment / Jurat / Copy Certification_

_____
Notary Public
In and For Said County and State

3
**Acknowledgment of Assignment of Judgment**

SONGSTAD RANDALL COFFEE & HUMPHREY LLP
3200 PARK CENTER DRIVE, SUITE 950
COSTA MESA CALIFORNIA 92626
TELEPHONE (949) 757-1600
FACSIMILE (949) 757-1611

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    **CIVIL CODE § 1189**

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California

County of _Sam Diego_ )

On _June 30th 2017_ before me, _Rancesh Shah, Notary Public_
Date                          Here Insert Name and Title of the Officer

personally appeared _Russell Hatfield and Jaan I Hatfield_
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

RAKESH SHAH
COMM. # 2075226
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Comm. Exp. AUG. 16, 2018

Signature _____
Signature of Notary Public

Place Notary Seal Above

――――――――――――――― **OPTIONAL** ―――――――――――――――

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Acic of Assign. of Judgement_ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
| --- | --- |
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☒ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

WILLIAM D. COFFEE, ESQ. (Bar No. 143653)
bcoffee@sr-firm.com
CHRIS D. GREINKE, ESQ. (Bar No. 211004)
cgreinke@sr-firm.com
SONGSTAD RANDALL COFFEE & HUMPHREY LLP
3200 Park Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:     (949) 757-1600
Facsimile:     (949) 757-1613

Attorneys for Plaintiffs
RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE HATFIELD FAMILY
TRUST DATED MAY 9, 2000

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO – NORTH COUNTY REGIONAL CENTER

| | |
|---|---|
| RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE HATFIELD FAMILY TRUST DATED MAY 9, 2000,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA GRAY, an individual; EQUITY HOLDING CORP., A NON-PROFIT CALIFORNIA CORPORATION, AS TRUSTEE FOR THE 1620 WILT ROAD TRUST, NO. 200801461, DATED 02/01/2008, a California corporation; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD UPON PLAINTIFFS' TITLE THERETO; and DOES 1 through 40, Inclusive,<br><br>Defendants. | Case No.: 37-2013-00040751-CU-OR-NC<br><br>Assigned for all Purposes To:<br>Judge:        Honorable Ronald Frazier<br>Dept.:        N-29<br><br>**ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT**<br><br>(California Code of Civil Procedure Section 673)<br><br>**IMAGED FILE**<br><br>Complaint Filed:        March 25, 2013 |

Plaintiffs RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE HATFIELD FAMILY TRUST DATED MAY 9, 2000 ("Plaintiffs") hereby acknowledge the assignment of the judgment entered in the above entitled action from Plaintiffs to Fidelity National Title Insurance Company, described as follows:

1

Acknowledgment of Assignment of Judgment

1.  Judgment Creditors:  RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE HATFIELD FAMILY TRUST DATED MAY 9, 2000
c/o William D. Coffee
Songstad Randall Coffee & Humphrey LLP
3200 Park Center Drive, Suite 950
Costa Mesa, CA 92626

2.  Judgment Debtors:  TESLA GRAY
2656 Vista de Palomar
Fallbrook, CA 92088

RAYMOND GRAY, TRUSTEE FOR THE 1620 WILT RD TRUST NO. 200801461, DATED 02/01/2008
Post Office Box 538
Fallbrook, CA 92088

3.  Assignee:  FIDELITY NATIONAL TITLE INSURANCE COMPANY
c/o Christina Blum
2533 North 117th Avenue
Omaha, NE 68164

4.  The judgment was entered on December 21, 2016.

5.  An abstract of the judgment was recorded in the official records of San Diego County as document number 2017-0251680 on June 5, 2017.

6.  Plaintiffs acknowledge they have assigned their right, title and interest in the judgment in the unpaid amount of $1,075.41.

7.  A copy of the abstract of the judgment assigned herein is attached hereto as Exhibit "A."

Dated: 6-30-17

RUSSELL HATFIELD and JOAN I. HATFIELD, TRUSTEES OF THE HATFIELD FAMILY TRUST DATED MAY 9, 2000

Russell Hatfield, Trustees of the Hatfield Family Trust Dated May 9, 2000

Joan I. Hatfield, Trustees of the Hatfield Family Trust Dated May 9, 2000

2

Acknowledgment of Assignment of Judgment

SONGSTAD RANDALL COFFEE & HUMPHREY LLP
3200 PARK CENTER DRIVE, SUITE 950
COSTA MESA CALIFORNIA 92626
TELEPHONE (949) 757-1600
FACSIMILE (949) 757-1611