CSD 1182 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Karen A. Ragland, SBN 108560
Fidelity National Law Group
915 Wilshire Blvd., Ste. 2100
Los Angeles, CA 90017
(213) 438-4408
(213) 438-4417 FAX
Karen.Ragland@fnf.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
TESLA GRAY

BANKRUPTCY NO. 08-10753 CL7

Tax I.D.(EIN)#:_____ /S.S.#:XXX-XX-6731    Debtor.

## NOTICE OF MOTION FOR   ORDER TO REOPEN CASE

TO: DEBTOR TESLA GRAY AND HER ATTORNEY

You are herewith served with the attached Motion by   FIDELITY NATIONAL TITLE INSURANCE CO.   , Movant, for: an Order to Reopen the Case so that Creditor may move for an Order that its post-judgment remedies to enforce judgment do not violate the post-discharge bar under 11 U.S.C. Section 524(a)(2)

and any accompanying declarations.

If you object to the Court granting the relief requested in the Motion:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice. If the case number is followed by the letters:

    - MM  -  call (619) 557-7407  -  DEPARTMENT ONE (Room 218)
    - LA  -  call (619) 557-6594  -  DEPARTMENT TWO (Room 118)
    - LT  -  call (619) 557-6018  -  DEPARTMENT THREE (Room 129)
    - CL  -  call (619) 557-6019  -  DEPARTMENT FIVE (Room 318)

2. **Within fourteen (14)[1] days from the date of service of the motion**, you are further required to serve a copy of your **Declaration in Opposition to Motion** and separate **Request and Notice of Hearing** [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1182                                                                                              [Continued on Page 2]

CSD 1182 (Page 2) [07/01/18]

        a.    identify the interest of the opposing party; and

        b.    state, with particularity, the grounds for the opposition.

3. **You must** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    **If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"** within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the debtor or trustee may proceed to take the intended action.

DATED: JULY 11, 2018

_____
Attorney for Moving Party

### CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the __11th__ day of __July__, 2018, I served a true copy of the within NOTICE OF MOTION, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:

List additional papers: MOTION TO REOPEN THE CASE UNDER 11 U.S.C. Section 350(b) BY CREDITOR FIDELITY NATIONAL TITLE INSURANCE COMPANY TO ALLOW FOR MOTION TO CONFIRM THAT THE POST-DISCHARGE STAY HAS NOT BEEN VIOLATED, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION AND DECLARATION OF KAREN A. RAGLAND IN SUPPORT THEREOF

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __7/11/2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑    Attorney for Debtor (or Debtor), if required:
    AJAY GUPTA on behalf of Alleged Debtor Tesla Gray at ajay@guptalc.com;
    Thomas C. Nelson on behalf of Alleged Debtor Tesla Gray at Tom@tcnlaw.com

☑    Chapter 7 Trustee: Ronald E. Stadtmueller @ ecfstadt@aol.com, ecfstadt2@aol.com, c125@ecfcbis.com

☐    For Chpt. 7, 11, & 12 cases:    ☐ For ODD numbered Chapter 13 cases:    ☐ For EVEN numbered Chapter 13 cases:
    UNITED STATES TRUSTEE       THOMAS H. BILLINGSLEA, JR., TRUSTEE     DAVID L. SKELTON, TRUSTEE
    ustp.region15@usdoj.gov           Billingslea@thb.coxatwork.com           admin@ch13.sdcoxmail.com
                                                                                                dskelton13@ecf.epiqsystems.com

CSD 1182

CSD 1182 (Page 3) [07/01/18]

2. **Served by United States Mail:**

On 7/11/2018 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Debtor (or Debtor), if required:
Tesla Gray, POB 538, Fallbrook, CA 92088;
Tesla Gray, 3737 Bay Leaf Way, Oceanside, CA 92057;
Ajay Gupta, Gupta Legal Center, 1620 5th Ave., Ste. 650, San Diego, CA 92101;
Thomas C. Nelson, 550 West C Street, Ste. 1850, San Diego, CA 92101

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   July 11, 2018                    Linda Beck   /s/ Linda Beck
                                               (Typed Name and Signature)

                                               915 Wilshire Blvd., Ste. 2100
                                               (Address)

                                               Los Angeles, CA 90017
                                               (City, State, ZIP Code)

CSD 1182